TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00762-CV

Louis Zeno Lawrence, Appellant

v.

Attorney General of Texas, Appellee

FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT

NO. 12,139, HONORABLE -----, JUDGE PRESIDING 

PER CURIAM

 After a review of the clerk's record indicated that appellant was appealing from an
order signed by a Court Master, this Court's clerk inquired of appellant regarding the basis for
jurisdiction. An order or judgment must be signed by a trial court judge to be appealable. See
Tex. R. Civ. P. 306a (time periods run from date judgment, order, or decision is "signed by the
trial judge"); Tex. R. App. P. 32.1(c) (docketing statement must include name of trial judge and
date judgment or order was signed); 34.5(a)(5) (clerk's record must include copy of trial court's
judgment or order). Appellant did not respond to the request for an explanation of this Court's
jurisdiction despite a caution that, without such explanation, the appeal would be dismissed. 

 Accordingly, we dismiss the appeal for want of jurisdiction.

Before Chief Justice Aboussie, Justices Yeakel and Patterson.

Dismissed for Want of Jurisdiction

Filed: January 19, 2001

Do Not Publish